UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TRACY WAYNE VICKERS,

Plaintiff,

v.

STATE OF TENNESSEE, *et al.*,

Defendants.

Case No. 3:17-cv-00296-MMD-WGC

TRANSFER ORDER

Plaintiff, a *pro se* prisoner who is incarcerated at Lovelock Correctional Center in Nevada, has submitted an application to proceed *in forma pauperis* and a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1.) Plaintiff sues various defendants for events that took place while Plaintiff was incarcerated in Cannon County, Tennessee. (ECF No. 1-1 at 2.) All of the defendants reside in Tennessee. (*Id.*)

Pursuant to 28 U.S.C. § 1391(b), a plaintiff may bring an action in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3). Pursuant to 28 U.S.C. § 1406, if a case has been filed in the wrong district or division, the district court in which the case has been incorrectly filed may "transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

The Court finds that the District of Nevada is not the appropriate venue for this action because the events occurred in Cannon County, Tennessee and the defendants reside in Tennessee. Cannon County is in the Middle District of Tennessee, Nashville Division. The Court directs the Clerk of the Court to transfer this action to the United States District Court for the Middle District of Tennessee, Nashville Division. This Court offers no opinion on the merits of this action or on the application to proceed *in forma pauperis*.

For the foregoing reasons, it is ordered that the Clerk of the Court will transfer this case to the United States District Court for the Middle District of Tennessee, Nashville Division.

It is further ordered that the Clerk of the Court close the case in this Court.

DATED THIS 10th day of May 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE